UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Grow Biz International, Inc., a, Minnesota corporation

Plaintiff,

vs.

Hollis Technologies, LLC, a Florida limited company and Compren, Inc., a Florida corporation

Defendants.

Civil File No. 01-913 DWF/AJB

**STIPULATION** AND ORDER

The parties, through their undersigned counsel, stipulate and agree that defendants may have until July 9, 2001 to respond to the Complaint in the above-referenced matter.

DATED: June 28, 2001

**BRIGGS AND MORGAN, P.A.**

By [signature]

Jeffrey J. Keyes (#55505)
Jay W. Schlosser (#204353)
2400 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 334-8400
(612) 334-8650

**Attorneys for Plaintiff**
**Grow Biz International, Inc.**

FILED JUL 0 2 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

DATED: June 29, 2001

**LARKIN HOFFMAN DALY & LINDGREN LTD.**

By [signature]
Alan M. Anderson (#149500)
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, MN 55431
(952) 835-3800
(952) 896-3333

**Attorneys for Defendants Hollis Technologies, LLC and Compren, Inc.**

IT IS SO ORDERED:

Dated: 7/2, 2001

BY THE COURT

By [signature]
MAGISTRATE Judge of the U.S. District Court