UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Grow Biz International, Inc., a, Minnesota corporation

Plaintiff,

vs.

Hollis Technologies, LLC, a Florida limited company and Compren, Inc., a Florida corporation

Defendants.

Civil File No. 01-913 DWF/AJB

**STIPULATION AND ORDER**

WHEREAS, the parties are attempting to resolve this matter without the necessity of litigation; and

WHEREAS, the parties seek an additional short extension for the defendants to respond to the Complaint;

IT IS HEREBY STIPULATED AND AGREED, through the undersigned counsel, that defendants may have until August 1, 2001 to respond to the Complaint in the above-referenced matter.

DATED: July 12, 2001

**BRIGGS AND MORGAN, P.A.**

By [signature]

Jeffrey J. Keyes (#55505)
Jay W. Schlosser (#204353)
2400 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 334-8400
Fax: (612) 334-8650
**Attorneys for Plaintiff**
**Grow Biz International, Inc.**

FILED JUL 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1305913v2

DATED: July 12, 2001

**LARKIN HOFFMAN DALY & LINDGREN LTD.**

By ______________________________
Alan M. Anderson (#149500)
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, MN 55431
Telephone: (952) 835-3800
Fax: (952) 896-3333

**Attorneys for Defendants Hollis Technologies, LLC and Compren, Inc.**

IT IS SO ORDERED:

Dated: 7/16, 2001

BY THE COURT

By ______________________________
Magistrate Judge of the U.S. District Court

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500